UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| Nelson Otavio Cotrim, ) | Chapter 7 |
| ) | Case No. 09-44856-JBR |
| Debtor ) | |

## ORDER ALLOWING
## RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of the Marlborough Court Condominium Trust for Relief from the Automatic Stay, filed by its attorneys, Marcus, Errico, Emmer & Brooks, P.C., after notice and hearing, for cause shown it is hereby:

ORDERED, DECREED AND ADJUDGED, that the Motion is allowed and the Marlborough Court Condominium Trust is granted unconditional relief from the automatic stay pursuant to 11 U.S.C. §362(d) and the stay pursuant to Bankruptcy Rule 4001 (a)(3) to exercise its rights as a Massachusetts condominium association pursuant to M.G.L. c. 183A, §6, and c. 254 §§5 and 5A including, but not limited to, the commencement and/or continuation of a collection action to establish its priority lien, hold the Debtor personally liable for the post-petition common expense *but only and to the extent permitted by the Bankruptcy Code,* debt, and to foreclose its statutory lien on the Debtor's property located at Unit 9, 35 Hosmer Street, Marlborough, Massachusetts, as set forth under applicable state and federal law.

*The hearing scheduled for 5/16/10 on the Motion for Relief is cancelled.*

Dated this 5th day of May, 2010.

_____
United States Bankruptcy Judge